**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 03-7659**

-----

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OSCAR MILLER, JR.,

Defendant - Appellant.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, District Judge.  (CR-97-67; CA-03-80-H)

-----

Submitted: January 29, 2004          Decided:  February 9, 2004

-----

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Oscar Miller, Jr., Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Oscar Miller, Jr., seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2000) motion. Miller cannot appeal this order unless a circuit judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A habeas appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 326 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude Miller has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED